IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHARLES FRAZIER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HENRY H. OTTENS MFG. CO., INC., | : | NO.   11-3987 |
| d/b/a OTTENS FLAVORS, and | : | |
| CHUCK JONES and ROBBIN NEJAD | : | |
| and GINO FABIONERI, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 4th day of *April*, 2012, upon consideration of Defendants' Motion for Partial Summary Judgment (Docket No. 12), Plaintiff's Response in Opposition (Docket No. 13), and Defendants' Reply to Plaintiff's Response (Docket No. 16), it is hereby **ORDERED** that Defendants' Motion for Partial Summary Judgment (Docket No. 12) is:

1. **DENIED** as to Plaintiff's racially hostile work environment claim;

2. **DENIED AS MOOT** as to all claims individually asserted against Defendant Chuck Jones.[1]

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

[1] By stipulation of the parties dated February 24, 2012 (Docket No. 14), the Court entered an Order (Docket No. 15) dismissing with prejudice all claims asserted against Chuck Jones as an individual defendant in this suit.